EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI   #1528
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI   #2286
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:   florence.nakakuni@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 12 2005
at __ o'clock and 15 min. P  M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00194 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 856] |
| ALLEN HANAOKA,   (01), | ) | |
| CINDY SHISHIDO,   (02), | ) | |
| Defendants. | ) | |

I N D I C T M E N T

Count 1

The Grand Jury charges that:

On or about May 4, 2005, in the District of Hawaii, defendants ALLEN HANAOKA and CINDY SHISHIDO, did knowingly and intentionally manufacture a quantity of methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count 2</u>

On or about May 4, 2005, in the District of Hawaii, defendants ALLEN HANAOKA and CINDY SHISHIDO did knowingly and intentionally use a place at 1920 Ala Moana Boulevard, Apartment 913, Honolulu, Hawaii, for the purpose of manufacturing a controlled substance, that is, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

/
/
/
/
/
/
/
/
/
/
/
/

All in violation of Title 21, United States Code, Section 856(a)(1).

Dated: MAY 1 2 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney


<u>United States v. Allen Hanaoka, et al.</u>
Indictment
Cr. No.

3