EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Florence.Nakakuni@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00194-02 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| CINDY SHISHIDO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


ORDER FOR DISMISSAL


        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of Court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment against CINDY SHISHIDO on the ground that

defendant pleaded guilty to an Information.

The defendant was sentenced on the count charged in the Information and is currently serving her sentence.

DATED:  Honolulu, Hawaii, <u>May 8, 2006</u>.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii


By <u> /s/ Florence T. Nakakuni</u>
   FLORENCE T. NAKAKUNI
   Assistant U.S. Attorney



Leave of Court is granted for the filing of the foregoing dismissal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 11, 2006.

J. Michael Seabright
United States District Judge




<u>United States v. Cindy Shishido</u>
Cr. No. 05-00194-02 JMS
Order for Dismissal